UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:14-CR-42 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| RONDA ANN LEONARD ) | |

## O R D E R

On September 30, 2014, Defendant moved for a psychiatric examination (Court File No. 34). United States Magistrate Judge William B. Carter granted Defendant's motion and ordered a mental health evaluation (Court File No. 37). The findings of the sealed forensic report show Defendant is currently competent to stand trial in this case (Court File No. 50). Defendant has waived her right to a competency hearing (Court File No. 58).

Based upon this information, the Magistrate Judge submitted a Report and Recommendation ("R&R"), recommending this Court find Defendant competent to stand trial in this case (Court File No. 59). Neither party filed an objection. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's R&R (Court File No. 59), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial in this case.

    SO ORDERED.

    ENTER:

                                                **/s/**
                                                **CURTIS L. COLLIER**
                                                **UNITED STATES DISTRICT JUDGE**